

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ERNESTO LAFRIENZA, | § | No. 08-13-00121-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D03040) |
|  | § |  |

## CORRECTED ORDER

The Court on its own motion ORDERS the EL Paso County District Clerk to supplement the clerk's record with the court's jury charge and verdict forms for the guilt-innocence phase of the trial from the above-captioned case.  The supplemental record is due to be filed with this Court on or before **August 14, 2015**.

IT IS SO ORDERED this 29th day of July, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.